UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Olguin, Jr.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FCA US, LLC<br><br>　　　　Defendant. | Case No.  1:21-cv-1789-JLT-CDB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 12/28/2023.

January 4, 2024　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Gonzalez,
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk