# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLGUIN, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 1:21-cv-01789-JLT-CDB<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE DEFENDANT FCA US LLC's OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES, COSTS, AND EXPENSES DEADLINE** |

On June 12, 2024, both Parties filed a Joint Stipulation to Continue Defendant FCA US LLC's ("Defendant") deadline to file an Opposition to Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees, Costs from June 17, 2024 to July 1, 2024.

IT IS SO ORDERED.

  Dated:   **June 13, 2024**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE