1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OLGUIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:21-cv-01789-JLT-CDB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE DEFENDANT'S DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

    On July 3, 2024, both Parties filed a Joint Stipulation to Continue Defendant's deadline to Oppose Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses.

    The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from July 1, 2024 to July 15, 2024, and continues the filing deadline of Plaintiff's Reply in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses accordingly; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and

expenses are decided and funding satisfied.

4. Absent a much more detailed, compelling showing of good cause, no further extensions will be granted.

IT IS SO ORDERED.

Dated: __**July 10, 2024**__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE